## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**NICHOLAS BACA,**

       **Plaintiff,**

**v.**                                       **Case No.:  1:16-cv-01414-KG-KK**

**DANNY HOWE and CC JONES, INC.,**
**an Arkansas Corporation,**

       **Defendants.**

## STIPULATED ORDER DISMISSING
## ONLY DEFENDANT DANNY HOWE WITHOUT PREJUDICE

**THIS MATTER** having come before the Court on the Motion of the Plaintiff, by and through his counsel of record, the Law Offices of David M. Houliston (David M. Houliston), the Court being advised in the premises, and for good cause shown,

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that:

1. Defendant CC Jones, Inc., has admitted that Defendant Danny Howe was operating its vehicle in the course and scope of his employment.

2. Defendant CC Jones, Inc., *is not* dismissed by this motion and this dismissal does not affect in any way the claims asserted against Defendant CC Jones, Inc.; and

2. Defendant Danny Howe should be and hereby is dismissed without prejudice from this matter.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**LAW OFFICES OF DAVID M. HOULISTON**

/s/*David M. Houliston*
David M. Houliston, Esq.
*Attorney for Plaintiff*
500 Tijeras Avenue NW
Albuquerque, NM 87102
Phone: (505) 247-1223
Fax:    (505) 214-5204
david@houlistonlaw.com

Approved:

**CIVEROLO, GRALOW, HILL & CURTIS, P.A.**


*Approved by Email on 8/8/17*
*at 10:21 a.m.by Lance D. Richards*
Lance D. Richards, Esq.
*Attorney for Defendants*
40 First Plaza NW, Suite #500
P.O. Box 887
Albuquerque, NM 87103-0887
Phone: (505) 764-0657
Fax:    (505) 764-6099
richardsl@civerolo.com