IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLAS BACA,

    Plaintiff,

v.                                                                 Case No. 1:16-cv-01414-KG-KK

CC JONES, INC.,
an Arkansas Corporation,

    Defendants.

ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S
CLAIMS AND COMPLAINT AGAINST DEFENDANT CC JONES, INC.

THIS MATTER having come before the Court upon the parties' Joint Motion to Dismiss with Prejudice (Doc.116) and the Court having reviewed the Motion finds the Motion well-taken.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims and Plaintiff's Complaint against Defendant is hereby dismissed with prejudice, and it is further ORDERED that this matter is dismissed in its entirety with prejudice.

_____
UNITED STATES DISTRICT JUDGE

## PARTIES ENTITLED TO NOTICE

Keith Franchini
Law Office of Keith Franchini
1005 5th St. NW
Albuquerque, NM 87102
(505) 242-6226
franchinik@comcast.net
*Attorney for Plaintiff*

David M. Houliston
Law Offices of David M. Houliston
500 Tijeras Ave.
Albuquerque, NM 87102
(505) 247-1223
david@houlistonlaw.com
*Attorney for Plaintiff*

Lance D. Richards
*Attorney for Defendant*
P.O. Drawer 887
Albuquerque, NM 87103-0887
(505) 842-8255
richardsl@civerolo.com